IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
R. Brooke Jackson, District Judge

Civil Action No. 21-cv-00172-RBJ
Criminal Action No. 17-cr-00417-RBJ-3

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PASQUALE RUBBO,

    Defendant.

## ORDER DENYING MOTION

    Defendant, Pasquale Rubbo, has filed *pro se* a letter seeking relief under 28 U.S.C. § 2255 (ECF No. 241) that has been docketed as a motion. The letter/motion is deficient because Mr. Rubbo has not used the court-approved form and he fails to provide specific factual allegations in support of the claims he is asserting. On January 20, 2021, the Court ordered Defendant to file an amended motion on the proper form within thirty days if he wishes to pursue any claims under 28 U.S.C. § 2255. Defendant was warned that the letter/motion would be denied without further notice if he failed to file an amended motion on the proper form within the time allowed.

    Defendant has failed to file an amended motion or respond in any way to the Court's January 20 order within the time allowed. Accordingly, it is

    ORDERED that the letter/motion (ECF No. 241) is denied without prejudice because the motion is deficient. It is

FURTHER ORDERED that no certificate of appealability will issue because Defendant has not made a substantial showing of the denial of a constitutional right.

DATED March 9, 2021, at Denver, Colorado.

BY THE COURT:

*[signature: Brooke Jackson]*

R. Brooke Jackson
United States District Judge