IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 17-cr-00417-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PASQUALE RUBBO,

    Defendant.

---

## UNOPPOSED MOTION TO RESTRICT ACCESS

---

Defendant Pasquale Rubbo, through undersigned counsel, respectfully requests that Docket Numbers 265 and 266 be filed under Level 2 restriction.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender

    */s/ John C. Arceci*
    JOHN C. ARCECI
    Assistant Federal Public Defender
    633 17th, Suite 1000
    Denver, Colorado 80202
    Telephone: (303) 294-7002
    FAX: (303) 294-1192
    Email: John_Arceci@fd.org
    Attorney for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 27, 2023, I electronically filed the foregoing *Unopposed Motion to Restrict Access* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record.

      */s/ John C. Arceci*
      JOHN C. ARCECI
      Assistant Federal Public Defender